UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES A. MAHLER,

        Plaintiff,                                   Case No. 5:04-CV-157-Oc-10GRJ

v.

LOCKHEED MARTIN CORPORATION,
a foreign corporation,

        Defendant.
_____/

**<u>AMENDED STIPULATION FOR DISMISSAL FOR SIGNATURES ONLY</u>**

Plaintiff, JAMES A. MAHLER, by and through his undersigned counsel, and Defendant, LOCKHEED MARTIN CORPORATION, by and through its undersigned counsel and in accordance with Rule 41(a)(1), Fed.R.Civ.P, hereby stipulate and agree that:

1.     The above-styled action is hereby dismissed; and

2.     Each party shall bear its own costs and attorney's fees

DATED this 8th day of March, 2005.

| | |
|---|---|
| s/Daniel N. Brodersen | s/Kay L. Wolf |
| DANIEL N. BRODERSEN | KAY L. WOLF |
| Florida Bar No.: 0664197 | Florida Bar No.: 247065 |
| BOGIN, MUNNS, & MUNNS | FORD & HARRISON LLP |
| P.O. Box 2807 | P.O. Box 60 |
| Orlando, Florida 32802-2807 | Orlando, Florida 32802-0060 |
| Telephone: (407) 578-1334 | Telephone: (407) 418-2300 |
| Fax: (407) 578-2347 | Fax: (407) 418-2327 |
| dbrodersen@boginmunns.com | kwolf@fordharrison.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Daniel N. Brodersen, Esquire, Bogin, Munns & Munns, 2601 Technology Drive, Orlando, Florida 32804. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: Brian J. Gillis, Bogin, Munns & Munns, P.A., 2601 Technology Drive, Orlando, FL 32802-2807.

                                                   s/Kay L. Wolf_____
Kay L. Wolf
Florida Bar No. 247065
Daniel P. O'Gorman
Florida Bar No. 0054062
FORD & HARRISON LLP
300 South Orange Avenue, Suite 1300
Post Office Box 60
Orlando, Florida 32802-0060
Telephone: (407) 418-2300
Telecopier: (407) 418-2327
ATTORNEYS FOR DEFENDANT

Orlando:78931.1