UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES A. MAHLER,

        Plaintiff,

-vs-                                    Case No.  5:04-cv-157-Oc-10GRJ

LOCKHEED MARTIN CORPORATION, a
foreign corporation,

        Defendant.
_____

## **O R D E R**

This case is before the Court on the Parties Stipulation of Dismissal (amended for signature only) (Doc. 16).  Pursuant to the stipulation and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk is directed to enter judgment dismissing this case, each party to bear its own attorney's fees and costs.  The Clerk is further directed to terminate all pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of March, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                 Maurya McSheehy